■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE QUEZADA, Appellant. [45 NYS3d 96]—

Judgment, Supreme Court, New York County (Ann M. Donnelly, J.), rendered May 19, 2015, convicting defendant, after a jury trial, of grand larceny in the fourth degree and criminal possession of stolen property in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of two to four years, unanimously affirmed.

The court correctly declined to submit any lesser included offense not requiring value in excess of $1,000, because there was no reasonable view of the evidence, viewed most favorably to defendant, that the total value of the merchandise he stole failed to satisfy that threshold. The total value of the stolen property was established by way of a document from the store's cash register reflecting the prices of the stolen items on the day of the crime. Neither trial counsel's assertion that the jury might "feel" that the value was lower, nor defendant's speculative claim, made for the first time on appeal, that some of the goods might have been on sale, constitutes the necessary reasonable view of the evidence to warrant submission of a lesser included offense (*see People v Gonzalez*, 92 AD3d 510 [1st Dept 2012], *lv denied* 18 NY3d 994 [2012]). Concur—Sweeny, J.P., Renwick, Andrias, Kahn and Gesmer, JJ.